FILED
JUN 11 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DMA
1/29/26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT JUDGE BARKER |
| Plaintiff, | ) | 1:20 CR 291 |
| v. | ) | CASE NO. |
| RICHARD BORN, | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and 846 |
| Defendant. | ) | |

AZ: 26-3032 MJ

COUNT 1

(Conspiracy to Possess with Intent to Distribute Acetylfentanyl, Fentanyl, and Heroin, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about January 1, 2019 to on or about December 20, 2019, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RICHARD BORN, and others, known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of acetylfentanyl, a fentanyl analogue, and heroin, both Schedule I controlled substances, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Acetylfentanyl, Fentanyl, and Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about December 20, 2019, in the Northern District of Ohio, Eastern Division, Defendant RICHARD BORN did knowingly and intentionally possess with the intent to distribute approximately 42 grams of a mixture and substance containing a detectable amount of acetylfentanyl, a fentanyl analogue, and heroin, both Schedule I controlled substances, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant RICHARD BORN shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Richard Born

*Defendant*

Case No. 1:20 CR 291

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Richard Born, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 – 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 - Conspiracy to Possess with Intent to Distribute Acetylfentanyl, Fentanyl, and Heroin;

Count 2 – 21 USC U.S.C. §§ 841(a)(1), (b)(1)(B) - Possession with Intent to Distribute Acetylfentanyl, Fentanyl, and Heroin,

Date: 6/12/20

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

### Return

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________.

Date: __________

*Arresting officer's signature*

*Printed name and title*